UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TORMU PRALL,

    Petitioner,

v.

CAMBRIDGE DISTRICT COURT,

    Respondent.

Civil Action No. 1:09-10961-JLT

ORDER

September 19, 2011

TAURO, J.

After once again reviewing Magistrate Judge Bowler's Report and Recommendation [#20] and Petitioner's Objection thereto[#28 and #29], this court once again ACCEPTS and ADOPTS the March 8, 2010, Report and Recommendation [#20] of Magistrate Judge Bowler. For the reasons set forth in the Report and Recommendation, this court hereby orders that:

1. Petitioner's Notice of Motion to Amend [#16] is ALLOWED.

2. Petitioner's Motion for Order to Show Cause [#14] is DENIED.

3. Respondent's Motion to Dismiss the Petition for a Writ of Habeas Corpus [#8] is ALLOWED. Accordingly, the Petition for Writ of Habeas Corpus [#1] is DISMISSED WITHOUT PREJUDICE.

4. This case is CLOSED.

IT IS SO ORDERED.

                                        /s/ Joseph L. Tauro
                                    United States District Judge